*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
MONAHAN, STEPHENS, and PENNIX
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Anthony T. BUTLER**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202000034**

Decided: 31 March 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Glen R. Hines Jr. (arraignment)
Kyle G. Phillips (trial)

Sentence adjudged 4 October 2019 by a general court-martial convened at Marine Corps Air Station New River, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 12 months, and a bad-conduct discharge.

For Appellant:
*Commander C. Eric Roper, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court